NO. 07-03-0444-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

DECEMBER 4, 2003

______________________________

SHANA JORDAN 

Appellant

v.

JEFFERSON COUNTY

Appellee

_________________________________

FROM THE 136TH DISTRICT COURT OF JEFFERSON COUNTY;

NO. D-166,494; HON. MILTON SHUFFIELD, PRESIDING

_______________________________

MEMORANDUM OPINION

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Appellant Shana Jordan filed a notice of appeal on September 19, 2003.  However, she did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5.  Nor did she file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1.  By letter from this Court dated November 17, 2003, we informed appellant that “the filing fee of $125.00 has not been paid . . . .  Unless the filing fee in the amount of $125.00 is paid by 
Monday, December 01, 2003
, this appeal will be subject to dismissal.”  
Tex. R. App. 
P. 42.3(c); 
see Holt v. F. F. Enterprises
, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref’d).  The deadline lapsed, and the fee was not received. 

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

                                                                

Per Curiam